

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00492-CV

## IN RE FORECASTER ENERGY TECHNOLOGY, LLC

Original Proceeding[1]

PER CURIAM

Sitting:        Irene Rios, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: August 30, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On May 9, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending final resolution of the petition for writ of mandamus, which we granted on June 6, 2023.

After considering the petition, relator's supplemental petition, real parties in interest response,[2] relator's reply, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on June 6, 2023 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 23-01-00017CVF, styled *Touzi Capital LLC, Hash Haus Mining LLC, and Baseline Growth Capital LLC, (Plaintiffs) and Red Mountain Mining, LLC (Intervening Plaintiff) vs. Forecaster Energy Technology, LLC (Defendant)*, pending in the 81st Judicial District Court, Frio County, Texas, the Honorable Jennifer Dillingham presiding.

[2] Touzi Capital LLC, Hash Haus Mining LLC, and Baseline Growth Capital LLC were the only real parties in interest to file a response.